**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

MARQUEL JONES                                                                    PLAINTIFF
ADC # 146420

v.                                           3:26CV00110-LPR-JTK

ARIC SIMMONS, et al.                                                          DEFENDANTS

## ORDER

Defendants Aric Simmons and Tracie Freeman, through counsel, filed an Answer to Plaintiff's Complaint and provided their full and correct names. (Doc. No. 8). The Clerk of the Court is directed to change the style of the case to reflect the full and correct name of each Defendant.

IT SO ORDERED this 15th day of May, 2026.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE