**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

MARQUEL JONES PLAINTIFF
ADC # 146420

v. 3:26CV00110-LPR-JTK

ARIC SIMMONS, et al.
DEFENDANTS

**ORDER**

Marquel Jones's ("Plaintiff") Motion for Status Update (Doc. No. 12) is GRANTED. The Clerk of the Court is directed to send Plaintiff a copy of the docket sheet along with a copy of this Order.

IT IS SO ORDERED this 10th day of August, 2026.

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE