**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MARQUEL JONES** **PLAINTIFF**
**ADC #146420**

**v.** **Case No. 3:26-cv-00110-LPR-JTK**

**ARIC SIMMONS, et al.** **DEFENDANTS**

**ORDER**

The Court has received the Partial Recommended Disposition (PRD) submitted by United States Magistrate Judge Jerome T. Kearney (Doc. 6). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the PRD, along with careful consideration of the entire case record, the Court hereby approves and adopts the PRD as its findings and conclusions in all respects to the extent the PRD involves Defendant Delgado.[1]

Accordingly, IT IS THEREFORE ORDERED that the Clerk is directed to TERMINATE Defendant Delgado as a party to this action. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 5th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

[1] The Court is not addressing the viability of the served claims. The only thing currently before the Court is the termination of Defendant Delgado.